Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIM KHOURI KLINK, an individual, and PC DESIGN SARL, a foreign business entity, <br><br> Plaintiffs, <br><br> vs. <br><br> M&H PERFUMES, INC., A New York corporation, d/b/a M & H PERFUMES d/b/a SHALIMAR PERFUMES, INC.; **N. TILANI FRAGRANCES, INC.**, a New York Corporation, d/b/a N. TILANI FRAGRANCE; **AKB PERFUME, INC.**, a New York corporation, d/b/a AKB PERFUME d/b/a TOP QUALITY PRODUCTS; **TOP QUALITY PRODUCTS, INC.** a New York corporation, d/b/a TOP QUALITY PRODUCTS d/b/a AKB PERFUME; **METRO PERFUME, INC.**, a New York Corporation, d/b/a METRO PERFUME; **ORKAY ENTERPRISES, INC.**, a New York corporation, d/b/a ORKAY ENTERPRISES; **G.N. PERFUMES, INC.**, a New York corporation d/b/a G.N PERFUMES; **TK PERFUMES, INC.**, a New York corporation, d/b/a TK PERFUMES and DOES 1-10, <br><br> Defendants. | CASE NO. <br><br> **Filed Under Seal** <br><br> [PROPOSED] **ORDER SEALING THE FILE** |

This action is before the Court having been commenced by Plaintiffs, Nadim Khouri Klink and PC Design SARL ("Plaintiffs"); and

It appearing to the Court that it has jurisdiction over the subject matter of this action, over the Plaintiffs and over the defendants; and

The Court having considered the Complaint and the exhibits thereto, the Plaintiffs' Order to Show Cause and accompanying papers;

NOW, THEREFORE, it is hereby ORDERED as follows that:

Pursuant to 15 U.S.C. § 1116(d)(8), pending the hearing of Plaintiffs' motion for preliminary injunction, the Clerk of this Court is to keep and maintain under seal all papers filed herein, and that public scrutiny of such papers shall not be permitted, subject to defendants' right to access such papers upon presenting the Clerk of this Court with proper identification.

Dated: May 5, 2008

_____
UNITED STATES DISTRICT JUDGE