Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorney for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NADIM KHOURI KLINK, an individual, )
and PC DESIGN SARL, a foreign business )
entity, )
                         )
        Plaintiffs, )
                         )
       vs. )
                         )
                         )
**M&H PERFUMES, INC.**, A New )
York corporation, d/b/a M & H )
PERFUMES d/b/a SHALIMAR )
PERFUMES, INC.; **N. TILANI** )
**FRAGRANCES, INC.**, a New York )
Corporation, d/b/a N. TILANI )
FRAGRANCE; **AKB PERFUME, INC.**, )
a New York corporation, d/b/a AKB )
PERFUME d/b/a TOP QUALITY )
PRODUCTS; **TOP QUALITY** )
**PRODUCTS, INC.**, a New York )
corporation, d/b/a TOP QUALITY )
PRODUCTS d/b/a AKB PERFUME; )
**METRO PERFUME, INC.**, a New York )
Corporation, d/b/a METRO PERFUME; )
**ORKAY ENTERPRISES, INC.**, a New )
York corporation, d/b/a ORKAY )
ENTERPRISES; **G.N. PERFUMES, INC.**, )
a New York corporation d/b/a G.N. )
PERFUMES; **TK PERFUMES, INC.**, a )
New York corporation, d/b/a TK )
PERFUMES and DOES 1-10, )
                         )
       Defendants. )
                         )

CASE NO.  08-CV-4243 (TPG)

[~~PROPOSED~~] **ORDER UNSEALING
COURT FILE
AND RELEASING THE BOND**

WHEREAS, on May 5, 2008 this Court issued an Order of Seizure and an Order to Show Cause whereby the file of this case was to be sealed pending the execution of the Order of Seizure and pending a hearing regarding Plaintiffs' motion for a preliminary injunction;

WHEREAS, Plaintiffs filed a $10,000.00 bond with the Court in compliance with the Order to Show Cause; and

WHEREAS, the Court having been advised by Plaintiffs' counsel that the Order of Seizure was executed and all parties have stipulated to a preliminary or permanent injunction, which stipulations have been filed with the Court, it is hereby

**ORDERED**, that the file of this case is unsealed; and it is further

**ORDERED**, that the $10,000.00 bond posted by the Plaintiffs in compliance with the Order To Show Cause shall be released.

Dated: August 13, 2008
New York, New York

Thomas P. Griesa
United States District Judge