Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NADIM KHOURI KLINK, an individual,
and PC DESIGN SARL, a foreign business
entity,

        Plaintiffs,

   vs.

**M&H PERFUMES, INC.,** A New
York corporation, d/b/a M & H
PERFUMES d/b/a SHALIMAR
PERFUMES, INC.; **N. TILANI
FRAGRANCES, INC.,** a New York
Corporation, d/b/a N. TILANI
FRAGRANCE; **AKB PERFUME, INC.,**
a New York corporation, d/b/a AKB
PERFUME d/b/a TOP QUALITY
PRODUCTS; **TOP QUALITY
PRODUCTS, INC.,** a New York
corporation, d/b/a TOP QUALITY
PRODUCTS d/b/a AKB PERFUME;
**METRO PERFUME, INC.,** a New York
Corporation, d/b/a METRO PERFUME;
**ORKAY ENTERPRISES, INC.,** a New
York corporation, d/b/a ORKAY
ENTERPRISES; **G.N. PERFUMES, INC.,**
a New York corporation d/b/a G.N.
PERFUMES; **TK PERFUMES, INC.,** a
New York corporation, d/b/a TK
PERFUMES and DOES 1-10,

        Defendants.

Case No.

**AFFIDAVIT OF STEPHEN M.
GAFFIGAN IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO
HAC VICE***
**(Filed Under Seal)**

STATE OF FLORIDA                    )
                                   )ss
COUNTY OF BROWARD                   )

STEPHEN M. GAFFIGAN, begin duly sworn, hereby deposes and says as follows:

1.      I am a member of the law firm of STEPHEN M. GAFFIGAN, P.A.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated:   April 28th, 2008.


                                   Respectfully submitted,


                                   Stephen M. Gaffigan
                                   Stephen M. Gaffigan
                                   STEPHEN M. GAFFIGAN, P.A.
                                   312 S.E. 17th Street, 2nd Floor
                                   Ft. Lauderdale, Florida 33316
                                   Telephone: (954) 767-4819
                                   Facsimile: (954) 767-4821
                                   Email: Stephen@smgpa.net

Sworn to before me this 28th
day of April, 2008.


Notary Public        DIANA CECIL PAYNE
                     MY COMMISSION # DD504719
                     EXPIRES: Jan. 8, 2010
(407) 398-0153       Florida Notary Service.com



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida          )

County of Leon          )

In Re:  25844
Stephen Michael Gaffigan
312 S.E. 17th St., FL 2
Ft. Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 1994.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _25th_ day of April, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLFR6/R10