Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIM KHOURI KLINK, an individual, and PC DESIGN SARL, a foreign business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>**M&H PERFUMES, INC.**, A New York corporation, d/b/a M & H PERFUMES d/b/a SHALIMAR PERFUMES, INC.; **N. TILANI FRAGRANCES, INC.**, a New York Corporation, d/b/a N. TILANI FRAGRANCE; **AKB PERFUME, INC.**, a New York corporation, d/b/a AKB PERFUME d/b/a TOP QUALITY PRODUCTS; **TOP QUALITY PRODUCTS, INC.**, a New York corporation, d/b/a TOP QUALITY PRODUCTS d/b/a AKB PERFUME; **METRO PERFUME, INC.**, a New York Corporation, d/b/a METRO PERFUME; **ORKAY ENTERPRISES, INC.**, a New York corporation, d/b/a ORKAY ENTERPRISES; **G.N. PERFUMES, INC.**, a New York corporation d/b/a G.N. PERFUMES; **TK PERFUMES, INC.**, a New York corporation, d/b/a TK PERFUMES and DOES 1-10,<br><br>Defendants. | CASE NO.<br><br>**AFFIDAVIT OF JOHN MACALUSO IN SUPPORT OF MOTION TO ADMIT COUNSEL STEPHEN M. GAFFIGAN**<br>**(Filed Under Seal)** |

State of New York   )
                    )   ss:
County of New York  )

JOHN MACALUSO, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Gibney, Anthony & Flaherty, LLP counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Stephen M. Gaffigan as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Stephen Gaffigan more than five years.

4. Mr. Gaffigan is a member in Good Standing of the Florida Bar and is currently in private practice in Ft. Lauderdale, Florida.

5. I have found Mr. Gaffigan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stephen M. Gaffigan, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stephen M. Gaffigan, pro hac vice, to the Court.

WHEREFORE it is respectfully requested that the motion to admit Stephen M. Gaffigan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 5/2/08

Respectfully submitted,

John Macaluso (JM 2058)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

Sworn to before me this
2nd day of May, 2008

Notary Public

VERONIKA L. SOSTAK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO6099023
Qualified in New York County
My Commission Expires September 22, \_\_\_