Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NADIM KHOURI KLINK, an individual, )
and PC DESIGN SARL, a foreign business )
entity, )
                               )
        Plaintiffs, )
                               )
      vs. )
                               )
**M&H PERFUMES, INC.**, A New )
York corporation, d/b/a M & H )
PERFUMES d/b/a SHALIMAR )
PERFUMES, INC.; **N. TILANI** )
**FRAGRANCES, INC.**, a New York )
Corporation, d/b/a N. TILANI )
FRAGRANCE; **AKB PERFUME, INC.**, )
a New York corporation, d/b/a AKB )
PERFUME d/b/a TOP QUALITY )
PRODUCTS; **TOP QUALITY** )
**PRODUCTS, INC.**, a New York )
corporation, d/b/a TOP QUALITY )
PRODUCTS d/b/a AKB PERFUME; )
**METRO PERFUME, INC.**, a New York )
Corporation, d/b/a METRO PERFUME; )
**ORKAY ENTERPRISES, INC.**, a New )
York corporation, d/b/a ORKAY )
ENTERPRISES; **G.N. PERFUMES, INC.**, )
a New York corporation d/b/a G.N. )
PERFUMES; **TK PERFUMES, INC.**, a )
New York corporation, d/b/a TK )
PERFUMES and DOES 1-10, )
                               )
        Defendants. )
_____ )

CASE NO.

**ORDER FOR ADMISSION TO**
**PRACTICE PRO HAC VICE**
**(Filed Under Seal)**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney **Stephen M. Gaffigan** is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: May _____ 5 _____, 2008

United States District Judge