Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorney for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIM KHOURI KLINK, an individual, and PC DESIGN SARL, a foreign business entity,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>**M&H PERFUMES, INC.**, A New York corporation, d/b/a M & H PERFUMES d/b/a SHALIMAR PERFUMES, INC.; **N. TILANI FRAGRANCES, INC.**, a New York Corporation, d/b/a N. TILANI FRAGRANCE; **AKB PERFUME, INC.**, a New York corporation, d/b/a AKB PERFUME d/b/a TOP QUALITY PRODUCTS; **TOP QUALITY PRODUCTS, INC.**, a New York corporation, d/b/a TOP QUALITY PRODUCTS d/b/a AKB PERFUME; **METRO PERFUME, INC.**, a New York Corporation, d/b/a METRO PERFUME; **ORKAY ENTERPRISES, INC.**, a New York corporation, d/b/a ORKAY ENTERPRISES; **G.N. PERFUMES, INC.**, a New York corporation d/b/a G.N. PERFUMES; **TK PERFUMES, INC.**, a New York corporation, d/b/a TK PERFUMES; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 08-cv-4243 (TPG)<br><br>**IDENTIFICATION OF DOES 6 AND 7**<br><br>**(Filed Under Seal)** |

Upon filing the Complaint in this action, Plaintiffs were not aware of a certain

Defendants' true names and designated such Defendants in the Complaint as Does 6 and 7.

Plaintiffs have since discovered that the true name of Defendant Doe 6 is United Perfumes, Inc., a business entity of unknown status, located at 38 West 32nd Street, Suite 1104, New York, New York 10001. Additionally, Plaintiffs have since discovered that the true name of Defendant Doe 7 is R.J. Perfume & Garments, Inc., a New York corporation, located at 1170 Broadway, Suite 1208, New York, New York 10001.

Plaintiffs will amend the Complaint by inserting the true names identified herein in the places, and instead of, the fictitious names Does 6 and 7 wherever they appear in the Complaint.

Dated: May 15, 2008.

Respectfully submitted,

/s/ John Macaluso

Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs