NM

Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorney for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIM KHOURI KLINK, an individual, and PC DESIGN SARL, a foreign business entity,<br><br>    Plaintiffs,<br><br>  vs.<br><br>**M&H PERFUMES, INC.**, A New York corporation, d/b/a M&H PERFUMES d/b/a SHALIMAR PERFUMES, INC.; **N. TILANI FRAGRANCES, INC.**, a New York corporation, d/b/a N. TILANI FRAGRANCE; **AKB PERFUME, INC.**, a New York corporation, d/b/a AKB PERFUME d/b/a TOP QUALITY PRODUCTS; **TOP QUALITY PRODUCTS, INC.**, a New York corporation, d/b/a TOP QUALITY PRODUCTS d/b/a AKB PERFUME; **METRO PERFUME, INC.**, a New York corporation d/b/a METRO PERFUME; **ORKAY ENTERPRISES, INC.**, a New York corporation, d/b/a ORKAY ENTERPRISES; **G.N. PERFUMES, INC.**, a New York corporation d/b/a G.N. PERFUMES; **TK PERFUMES, INC.** a New York corporation, d/b/a TK PERFUMES and DOES 1-10,<br><br>    Defendants. | Case No. 08-cv-4243 (TPG)<br><br>**SECOND STIPULATED APPLICATION BETWEEN PLAINTIFFS AND DEFENDANT RJ PERFUME & GARMENTS, INC.TO EXTEND THE AMENDED TRO**<br>**(Filed Under Seal)** |

Plaintiffs, Nadim Khouri Klink, an individual, and PC Design SARL (the "Plaintiffs"), by and through their undersigned counsel, and Defendant, RJ Perfume & Garments, Inc. ("RJ"), by and through its undersigned counsel, hereby stipulate to an additional fifteen (15) day extension of this Court's Amended Order Granting Plaintiffs' Emergency *Ex Parte* Application for: (A) Temporary Restraining Order; (B) Order to Show Cause Why A Preliminary Injunction Should

NY01/GOLDW/1287321.2

Not Issue; (C) Substitute Custodian Order; (D) Expedited Discovery; and (E) An Order Temporarily Sealing the Court File (the "Amended TRO"), and states as follows:

1.    RJ was served with the Amended TRO on May 13, 2008.   The Preliminary Injunction and Seizure Hearing was scheduled for Monday, May 19, 2008.

2.    RJ has retained litigation counsel to represent it in this matter, and requests additional time to allow the newly retained counsel sufficient time to review the papers filed and served to date in this matter.

3.    Additionally, the Plaintiffs and RJ have begun discussions to resolve the issues between them without the need for any additional litigation.   In order to allow Plaintiffs and RJ the opportunity to fully explore resolution of the case between them, the parties request a fifteen (15) day extension of the Amended TRO.

WHEREFORE, the Plaintiffs, Nadim Khouri Klink and PC Design SARL, and the Defendant RJ Perfume & Garments, Inc., respectfully stipulate that this Court extend the Amended TRO for an additional fifteen (15) days, up to and including June 18, 2008, to allow RJ's litigation counsel to review this matter and allow the Plaintiffs and RJ time to continue their settlement negotiations.

May 29, 2008                    **Plaintiffs:**    Nadim Khouri Klink and PC Designs SARL

Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs

May 29, 2008

**Defendant**:    RJ Perfumes and Garment, Inc.

*William R. Golding Jr.*

Kelley Drye & Warren LLP
William R. Golden, Jr. (WG 9406)
101 Park Avenue
New York, New York 10178
Telephone (212) 808-7800
Facsimile (212) 808-7897
E-mail: wgolden@kelleydrye.com
Attorneys for Defendant

IT IS SO ORDERED:

Dated:  May __30__, 2008.

*Thomas P. Griesa*

UNITED STATES DISTRICT JUDGE