Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorney for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADIM KHOURI KLINK, an individual, and PC DESIGN SARL, a foreign business entity,<br><br>                    Plaintiffs,<br>       vs.<br><br>**M&H PERFUMES, INC.**, A New York corporation, d/b/a M&H PERFUMES d/b/a SHALIMAR PERFUMES, INC.; **N. TILANI FRAGRANCES, INC.**, a New York corporation, d/b/a N. TILANI FRAGRANCE; **AKB PERFUME, INC.**, a New York corporation, d/b/a AKB PERFUME d/b/a TOP QUALITY PRODUCTS; **TOP QUALITY PRODUCTS, INC.**, a New York corporation, d/b/a TOP QUALITY PRODUCTS d/b/a AKB PERFUME; **METRO PERFUME, INC.**, a New York corporation d/b/a METRO PERFUME; **ORKAY ENTERPRISES, INC.**, a New York corporation, d/b/a ORKAY ENTERPRISES; **G.N. PERFUMES, INC.**, a New York corporation d/b/a G.N. PERFUMES; **TK PERFUMES, INC.** a New York corporation, d/b/a TK PERFUMES and DOES 1-10,<br><br>                    Defendants. | Case No. 08-cv-4243 (TPG)<br><br>STIPULATED CONSENT<br>PRELIMINARY INJUNCTION AND<br>ORDER CONFIRMING SEIZURE<br>(Filed Under Seal) |

WHEREAS, this action having been commenced by the Plaintiffs, PC Designs SARL ("PC Designs") and Nadim Khouri Klink ("Klink") (collectively the "PC Plaintiffs") against the Defendant, AKB Perfume, Inc., a New York corporation d/b/a AKB Perfume ("AKB") alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of origin

and a copy of the Summonses, Complaint, Temporary Restraining Order and Seizure Order and supporting papers having been served upon AKB:

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2. Klink is the owner of the following trademark (the "Cuba Mark") in connection with quality fragrance products:

| Mark | Reg. No. | Reg. Date |
| --- | --- | --- |
| CUBA | 2,248,555 | June 1, 1999 |

3. AKB and its respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action from, intentionally and/or knowingly:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the Cuba Mark;

    B. using the Cuba Mark in connection with the sale of any unauthorized goods;

    C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of AKB as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiffs;

    D. falsely representing themselves as being connected with the Plaintiffs, through sponsorship or association,

    E. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of AKB,

is in any way endorsed by, approved by, and/or associated with the Plaintiffs;

F. using any reproduction, counterfeit, copy, or colorable imitation of the Cuba Mark in connection with the publicity, promotion, sale, or advertising of any goods sold by AKB, including, without limitation, quality fragrance products;

G. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent AKB's goods as being those of the Plaintiffs, or in any way endorsed by the Plaintiffs;

H. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiffs.

I. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Cuba Mark; and

J. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (I).

4. In furtherance of the Order executed on May 7, 2008, AKB shall, within ten (10) days of its signature below, surrender to Plaintiffs the following:

A. All merchandise bearing counterfeits of the Cuba Mark presently in its possession or control;

B. The identity of its supplier(s) of the counterfeit CUBA merchandise, including name(s), address(es), telephone number(s), etc.; and

      C.    Records indicating its purchases and sales of merchandise bearing the Cuba Mark, including the prices for which it bought and sold such merchandise.

The above listed information and documentation shall be delivered to Plaintiffs, in care of John Macaluso located at Gibney, Anthony & Flaherty, LLP, 665 Fifth Avenue, New York, NY 10022.

      5.    The $10,000.00 bond posted by the Plaintiffs in compliance with the Order To Show Cause shall be released.

      6.    The seizure effectuated on May 13, 2008 pursuant to this Court's Order is hereby confirmed.

Dated: May ___, 2008.

**Plaintiffs:** Nadim Khouri Klink and PC Designs SARL

*/s/ John Macaluso*

Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
Attorneys for Plaintiffs

OF COUNSEL:
Stephen M. Gaffigan
Stephen M. Gaffigan, P.A.
312 S.E. 17th Street
Second Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: Stephen@smgpa.net

Dated: May 15th, 2008.

       **Defendant:** AKB Perfume, Inc., a New York Corporation d/b/a AKB Perfume

              _____
              Srinivasa R. Jonnalagadda
              S.R. Jonnalagadda, PC
              1170 Broadway, Suite #606
              New York, New York 10001
              Telephone: 212-545-0322
              Facsimile: 212-545-0323
              Email: lawassociates@att.net

**IT IS SO ORDERED:**

Dated: May 19, 2008        _____
                  UNITED STATES DISTRICT JUDGE