THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NADIM KHOURI KLINK, an individual,
and PC DESIGN SARL, a foreign business
entity,
    Plaintiffs,

v.

M&H PERFUMES, INC., A New York
corporation, d/b/a M & H PERFUMES d/b/a
SHALIMAR PERFUMES, INC., N. TILANI
FRAGRANCES, INC., a New York Corporation,
d/b/a N. TILANI FRAGRANCE; AKB
PERFUME, INC., a New York corporation, d/b/a
AKB PERFUME d/b/a TOP QUALITY
PRODUCTS; TOP QUALITY PRODUCTS,
INC., a New York corporation, d/b/a TOP
QUALITY PRODUCTS d/b/a AKB PERFUME;
**METRO PERFUME, INC., a New York
Corporation, d/b/a METRO PERFUME**;
ORKAY ENTERPRISES, INC., a New York
corporation, d/b/a ORKAY ENTERPRISES;
G.N. PERFUMES, INC., a New York corporation
d/b/a G.N. PERFUMES; TK PERFUMES, INC.,
a New York corporation, d/b/a TK PERFUMES;
UNITED PERFUME, INC., a business of
unkown status; R.J. PERFUME & GARMENTS,
INC., a New York corporation
and DOES 1-5 and 8-10,

    Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

TO BE FILED UNDER SEAL

Docket #: 08-cv-4243 (TPG)

Stipulation Enlarging Time for
defendant **METRO PERFUME,
INC.** to Plead and/or Answer

    Whereas, on May 13, 2008, defendant, Metro Perfume, Inc ("Metro"), one of the herein defendants, was served with a copy of the Summons and Complaint in this action; and

    Whereas, on May 16, 2008, Metro was served with a copy of the Amended Complaint.

Wherefore, it is hereby stipulated between plaintiffs, Nadim Khouri Klink and PC Design SARL and Metro, subject to the approval of this Court, as follows:

1) That Metro's time to answer or otherwise move in response to the Amended Complaint is hereby extended thirty (30) days to and including July 7, 2008;

2) that Metro agrees to waive all objections and defenses relating to this Court's jurisdiction over Metro; and

3) this stipulation is only between plaintiffs and Metro and does not extend the remaining herein defendants' time to respond to the Amended Complaint in the time provided by the Federal Rules of Civil Procedure.

This stipulation is entered into to afford the defendant **METRO PERFUME, INC.**, adequate time to fulfill its discovery disclosure obligations under the 'Stipulated Consent, Preliminary Injunction, and Order Confirming Seizure', executed by defendant **METRO PERFUME, INC.**, and 'so-ordered' by this Court on May 19, 2008; and to discuss the possibility of the settlement of the instant case.

Dated: 5-29-, 2008
New York, NY

_____
LAWRENCE K. FEITELL (LF 7152)
225 Broadway, Ste. 2020
New York, NY 10007
Tel:  (212) 571-5710
Fax:  (212) 571-5711
E-mail: LKFJuris@eartlink.net
*Attorney for defendant*
METRO PERFUME, INC.

Dated: 5/29, 2008

_____
John Macaluso (JM 2058)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Tel:  (212) 688-5151
Fax:  (212) 688-8315
E-mail: jmacaluso@gibney.com
*Attorney for plaintiffs*
Nadim Khouri Klink &
PC Design Sarl

Page 2 of 3

So ordered
Thomas P. Griesa
(SDJ) 5/30/08